UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re: KEVIN ADELL

    Debtor.

Case No. 9:03-bk-23684-ALP
(Chapter 11)

_____

Kevin Adell,

    Appellant/Cross Appellee,

vs.

John Richards Homes Building,
Company, LLC,

    Appellee/Cross Appellant.
_____/

Case No. 2:04-cv-455-FtM-33DNF

### ORDER

This matter comes before the Court on Appellee/Cross Appellant John Richards Homes Building Company, LLC (JRH) Motion to Tax Costs (Doc. #36) filed on May 20, 2005. JRH requests Cross Appeal filing fees in the amount of $255.00 and court reporter transcripts fees in the amount of $1242.30, for a total of $1497.30. Appellant/Cross Appellee Kevin Adell filed a Response in Opposition (Doc. #37) on May 26, 2005, stating that the Motion to Tax Costs (Doc. #36) was premature as the Court had not issued a ruling on Adell's Emergency Motion for Rehearing (Doc. #28).

On June 21, 2005, this Court issued an Order denying Adell's Emergency Motion for Rehearing (Doc. #40). In its Order, this Court gave JRH the opportunity to file a supplemental motion

containing documents to support its Motion to Tax Costs. The Court also gave Adell an opportunity to respond to the supplemental pleading.

JRH filed Notice of Filing Exhibits in Support of Appellee/Cross Appellant John Richards Homes Building Company, LLC's Motion to Tax Costs (Doc. #42) on June 27, 2005. To date, Adell has not filed a response and the time to do so has since expired.

Pursuant to FED. R. BANKR. P. 8014 costs incurred for the transcripts and filing fees may be taxed against the losing party in an appeal.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

1. Appellee/Cross Appellant John Richards Homes Building Company, LLC, Motion to Tax Costs (Doc. #36) is **GRANTED**.

2. Filing fees in the amount of $255.00 and court reporter transcripts fees in the amount of $1242.30, for a total of $1497.30 are hereby taxed against Appellant/Cross Appellee Kevin Adell.

3. The Clerk is directed to enter judgment accordingly.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 7th day of July, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record